167 So. 924

**Elby STRICKLAND v. STATE.**

4 Div. 244.

Court of Appeals of Alabama.
April 14, 1936.

BRICKEN, Presiding Judge.
Affirmed.

167 So. 924

**Elby STRICKLAND v. STATE.**

4 Div. 245.

Court of Appeals of Alabama.
April 7, 1936.

SAMFORD, Judge.
Affirmed.

164 So. 925

**Lee Bascomb SULLIVAN v. STATE.**

6 Div. 825.

Court of Appeals of Alabama.
Dec. 17, 1935.

SAMFORD, Judge.
Appeal dismissed.

167 So. 925

**Robert SULLIVAN v. STATE.**

8 Div. 246.

Court of Appeals of Alabama.
March 10, 1936.

SAMFORD, Judge.
Affirmed.

167 So. 925

**Will SUTTON v. STATE.**

4 Div. 151.

Court of Appeals of Alabama.
April 7, 1936.

SAMFORD, Judge.
Appeal dismissed.

164 So. 925

**Nathan SWEEDENBURG v. STATE.**

6 Div. 822.

Court of Appeals of Alabama.
Nov. 12, 1935.

SAMFORD, Judge.
Affirmed.

168 So. 907

**Marlin SWINDLE v. STATE.**

6 Div. 929.

Court of Appeals of Alabama.
May 5, 1936.

SAMFORD, Judge.
Appeal dismissed.

171 So. 926

**Clarence TANNER v. STATE.**

8 Div. 304.

Court of Appeals of Alabama.
Nov. 24, 1936.

Rehearing Denied Jan. 12, 1937.